NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DINORA BARAJONA, an individual; TANIA MORATAYA, an individual; and ELVA OCAMPO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>C & R CANOGA PARK, L.P., a California Limited Partnership; and ANA LOPEZ, an individual,<br><br>Defendants. | Case No.: 2:19-cv-01250-AB (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties Stipulated Protective Order is entered as modified.

**IT IS SO ORDERED**.

DATED: August 27, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE