IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DINORA BARAJONA, an individual; TANIA MORATAYA, an individual; and ELVA OCAMPO, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>C & R CANOGA PARK, L.P., a California Limited Partnership; and ANA LOPEZ, an individual,<br><br>Defendant(s). | Case No.: 2:19-cv-01250-TJH (PLAx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [JS-6]** |

Having considered the Joint Stipulation of Dismissal with Prejudice, and good cause appearing therefor, this Court hereby dismisses the above-titled action with prejudice and will retain jurisdiction for a period of 180 days to enforce the terms of the settlement agreement.

Dated: MAY 19, 2020

_____
Hon. Terry J. Hatter, Jr.
United States District Judge